JUDGE HERB ROSS

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA
**605 West 4th Avenue, Room 138, Anchorage, AK 99501-2296**
**(Phone 907/271-2655 – Fax 907/271-2692 – Website: www.akb.uscourts.gov)**

|  |  |
|---|---|
| Case No. F06-00459-DMD | Chapter 7 |
| In re HIRAM KHALIL QADREE HUGHES, Debtor. | |
| HIRAM KHALIL QADREE HUGHES, | ADV PROC NO 08-90016-HAR |
| Plaintiff, | **MEMORANDUM REGARDING DOCKET ENTRY 34, PLAINTIFF'S** *NOTICE TO COURT* |
| v. | |
| AMERICAN INTERCONTINENTAL UNIVERSITY, ALASKA COMMISSION ON POST SECONDARY EDUCATION, GENERAL REVENUE CORP, NELNET, WACHOVIA, | **Filed On 2/3/09** |
| Defendants | |
| EDUCATIONAL CREDIT MANAGEMENT CORP., | |
| Intervener-Defendant. | |

Plaintiff filed a *Notice to Court* which states that it attaches offers of settlement to ACPE and NELA (presumably to ECMC). I understand plaintiff called chamber's staff on February 3, 2009, to see what the court is doing with the submission.

There is no explanation why this was filed, but it appears that it may contravene Rule 408 of the Federal Rules of Evidence, <u>Compromise and Offers of Compromise</u>. Other than the one-page cover sheet, the court has not read the 48 pages of attachments.

It may be that plaintiff misunderstands the courts several suggestions that he negotiate with the student-loan creditors.  This does not mean the court should be advised of the settlement discussions.

Or, it may be that plaintiff feels that Docket 34 is responsive to the *Motion to Compel* filed by defendant ECMC on January 15, 2009 (Docket No. 32).  It is not stated as an opposition and does not appear on its face to be one, so I won't presume that it is.

DATED:  February 3, 2009

                                                              /s/  Herb Ross
                                                        HERB ROSS
                                                        Bankruptcy Judge

<u>Serve</u>:
Hiriam Hughes, debtor/ π
Mary Ellen Beardsley, Asst. Atty. Gen'l., for Δ, ACPE
Diane Vallentine, Esq., for Δ, ECMC
Cheryl Rapp, Deputy Clerk
Maia Weber, Fairbanks Deputy Clerk                                          D7051

        02/03/09

MEMORANDUM REGARDING DOCKET
ENTRY 34, PLAINTIFF'S NOTICE TO COURT